# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KURT SCHMAL,**

            **Plaintiff,**

**-vs-**                                                 **Case No. 6:08-cv-1844-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 17)**
>
> **FILED:**       **August 25, 2009**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      On August 25, 2009, Plaintiff filed an unopposed motion to dismiss the case with prejudice. The undersigned recommends that the Court **GRANT** the motion (Doc. No. 17) and dismiss the case with prejudice.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 27, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy