**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KURT SCHMAL,**

          **Plaintiff,**

**-vs-**                                                   **Case No. 6:08-cv-1844-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

          **Defendant.**

_____

## **ORDER**

This cause comes before the Court on Unopposed Motion to Dismiss (Doc. No. 17) filed August 25, 2009.

On August 27, 2009, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Unopposed Motion to Dismiss is **GRANTED**, and the this case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 31st day of August, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party